UNITED STATES DISTRICT COURT  JS-6
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.  **CV 16-7786-JFW (KSx)**　　　　　　　　　　　　　Date:  November 9, 2016

Title:　　Christina Del Rio *-v-* Anheuser-Busch InBev Worldwide, Inc., et al.

**PRESENT:**

　　HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

　　Shannon Reilly　　　　　　　　　　　　None Present
　　Courtroom Deputy　　　　　　　　　　Court Reporter

**ATTORNEYS PRESENT FOR PLAINTIFFS:**　　**ATTORNEYS PRESENT FOR DEFENDANTS:**
　　　　　　None　　　　　　　　　　　　　　　　　　None

**PROCEEDINGS (IN CHAMBERS):**　　ORDER DISMISSING ACTION WITHOUT PREJUDICE

　　As a result of the parties' failure to file the Joint Rule 26(f) Report as required by the Court's Order of October 27, 2016, this action is hereby **DISMISSED without prejudice**. The Scheduling Conference, currently on calendar for November 21, 2016, is **VACATED**. *See* Fed. R. Civ. P. 41(b); *see also Yourish v. California Amplifier*, 191 F.3d 983, 986-88 (9th Cir. 1999); *Ferdik v. Bonzelet*, 963 F.2d 1258, 1260 (9th Cir. 1992).

　　IT IS SO ORDERED.

Initials of Deputy Clerk　sr